# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rodrigo Lopez–Hernandez, et al.

                                     Plaintiff,

v.                                                   Case No.: 1:15−cv−08000
                                                       Honorable John J. Tharp Jr.

Rubens Spray Insulation, Inc., et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 11, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the parties' stipulation of dismissal without prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), this matter is terminated. Per the parties' stipulation, the dismissal shall convert automatically to with prejudice on July 22, 2016, absent any motion to enforce the settlement agreed. However, the stipulation is modified as follows: the dismissal with prejudice shall apply only to the named plaintiffs; the dismissal of the claims of the purported class members will remain without prejudice indefinitely. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.